820

No. 193. DAVIS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *John R. Snively* for petitioner.

No. 194. KOSTNER v. CHICAGO LAND CLEARANCE COMMISSION. Supreme Court of Illinois. Certiorari denied. *William D. Saltiel* for petitioner. *William H. Dillon* for respondent.

No. 195. NICHOLS ET AL. v. ALKER ET AL. C. A. 2d Cir. Certiorari denied. *Harold G. Aron* for petitioners. *David K. Kadane* for the Long Island Lighting Co. et al., *Charles C. Lockwood* for Vanneck, and *Percival E. Jackson, pro se,* respondents. *Peter H. Kaminer* of counsel for respondents.

No. 196. HARLEM PAPER PRODUCTS CORP. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *Albert L. Solodar* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, W. Louise Florencourt, Earl W. Kintner* and *James E. Corkey* for respondent.

No. 198. CITY OF EL PASO v. EL PASO COUNTY WATER IMPROVEMENT DISTRICT No. 1 ET AL. C. A. 5th Cir. Certiorari denied. *Travis White* for petitioner. *Solicitor General Rankin* for the United States, and *Eugene T. Edwards* for the El Paso County Water Improvement District No. 1 et al., respondents.

No. 199. MISSISSIPPI VALLEY BARGE LINE Co. v. ESSO SHIPPING Co. C. A. 5th Cir. Certiorari denied. *Selim B. Lemle* for petitioner. *Raymond T. Greene* for respondent.